■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY R. NEWMAN, Appellant. — Judgment unanimously affirmed. Memorandum: Although we agree that the trial court erred in refusing to allow defense counsel to inquire into whether *Miranda* warnings had been administered prior to police questioning defendant at the scene of the crime (CPL 60.45, 710.70 [3]; *People v Graham,* 78 AD2d 831, *affd* 55 NY2d 144), we find such error to be harmless (*see, People v Crimmins,* 36 NY2d 230). We have examined defendant's other contentions and find them to be without merit. (Appeal from judgment of Onondaga County Court, Cunningham, J. — burglary, third degree.) Present — Dillon, P. J., Callahan, Doerr, Boomer and Schnepp, JJ.